[No. 19915-7-II.    Division Two.    March 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. FILIBERTO CARRENO-ARANDA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-02223-7, Nile E. Aubrey, J., entered August 23, 1995. *Dismissed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Hunt, JJ.

[No. 20165-8-II.    Division Two.    March 28, 1997.]

OVERHULSE NEIGHBORHOOD ASSOCIATION, ET AL., *Appellants*, v. THURSTON COUNTY, ET AL., *Respondents*.

ARTHUR WEST, ET AL., *Petitioners*, v. MIKE JACOBS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-2-02552-5, Daniel J. Berschauer, J., entered November 27, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, J., and Van Deren, J. Pro Tem.

[No. 20197-6-II.    Division Two.    March 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 95-1-00111-4, Toni A. Sheldon, J., entered December 1, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Morgan, J.